Peter Scott, State Bar Number 247786
*pscott@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for Plaintiff
DEVIN A. McRAE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN A. McRAE, an individual, | Case No.: 2:23-CV-03759-SPG-PVC |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| SUTTON NATIONAL INSURANCE COMPANY, an Oklahoma corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |



## **STIPULATION**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Devin A. McRae and Defendant Sutton National Insurance Company, by and through their respective counsel, hereby stipulate as follows:

This action, including the Complaint, is hereby dismissed in its entirety, with prejudice and with each party to bear its own costs and fees.

Dated: January 29, 2024       EARLY SULLIVAN WRIGHT
                               GIZER & McRAE LLP


                              By: /s/ Peter Scott
                                  Peter Scott
                                  Attorneys for Plaintiff
                                  DEVIN A. McRAE

Dated: January 29, 2024       BURTON KELLEY LLP


                              By: /s/ Michelle Burton
                                  Michelle Burton
                                  Attorneys for Defendant
                                  SUTTON NATIONAL INSURANCE
                                  COMPANY

1